UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

          Plaintiff(s),

v.　　　　　　　　　　　　　　　　　　Case No. 2:18−cv−12174−GAD−EAS
　　　　　　　　　　　　　　　　　　　　Hon. Gershwin A. Drain

Dennis R. Ott, et al.,

          Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge Gershwin A. Drain at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  The following motion(s) are scheduled for hearing:

Motion for Partial Summary Judgment – #18

- MOTION HEARING:  September 23, 2019 at 02:30 PM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

　　　　　　　　　　　　　　　　　　By: s/T McGovern
　　　　　　　　　　　　　　　　　　　　Case Manager

Dated:   July 1, 2019