IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 18-cv-12174-GAD-EAS |
| | ) | |
| v. | ) | Hon. Gershwin A. Drain |
| | ) | |
| DENNIS R. OTT and | ) | |
| TRACEY R. OTT, | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION FOR EXTENSION OF THE
JOINT FINAL PRETRIAL ORDER DEADLINE**

The parties stipulate, pursuant to Fed. R. Civ. P. 6(b)(1), for an extension of the deadline to file the Joint Final Pretrial Order from September 16, 2019 to September 26, 2019. The deadline of September 26, 2019 is one week prior to the final pretrial conference in accordance with the Court's Pretrial Practice Guidelines.

The Proposed Stipulated Order follows.

Agreed: September 6, 2019.

| For the plaintiff United States | For the defendant Dennis Ott |
|---|---|
| RICHARD E. ZUCKERMAN<br>Principal Deputy Assistant Attorney General | By: */s/ Jordan S. Bolton*<br>Clark Hill PLC<br>Jordan S. Bolton (P66309)<br>151 S. Old Woodward Ave., Ste. 200 |
| */s/ Angela R. Foster*<br>ANGELA R. FOSTER<br>Trial Attorney, Tax Division | Birmingham, MI 48009<br>(248) 988-1839 |

1

2

U.S. Department of Justice  jbolton@clarkhill.com
P.O. Box 55
Washington, D.C. 20044
202-616-9183 (v)
202-514-5238 (f)
Angela.R.Foster@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 18-cv-12174-GAD-EAS |
| | ) | |
| v. | ) | Hon. Gershwin A. Drain |
| | ) | |
| DENNIS R. OTT and | ) | |
| TRACEY R. OTT, | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATED ORDER EXTENDING THE
JOINT FINAL PRETRIAL ORDER DEADLINE**

In accordance with the stipulation of the parties, it is hereby

ORDERED that the deadline to file the Joint Final Pretrial Order is September 26, 2019.

Dated:    September 11, 2019         s/Gershwin A. Drain
                                      HON. GERSHWIN A. DRAIN
                                      United States District Court Judge

3