UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DENNIS R. OTT, et al.,<br><br>    Defendants. | Case No. 18-12174<br><br>Honorable Gershwin A. Drain<br>Magistrate Judge Elizabeth A. Stafford |

**ORDER RESCINDING REFERENCE
TO UNITED STATES MAGISTRATE JUDGE**

On September 12, 2019, this matter was referred to U.S. Magistrate Judge Elizabeth A. Stafford for a hearing and determination of all non−dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(A).

THE COURT HEREBY rescinds the Order of Reference for the purposes of handling the recently filed motion for to Allow Settlement Authorities to Appear by Telephone [docket no. 31] only.

IT IS ORDERED.

Dated:   September 17, 2019

                              s/Gershwin A. Drain
                              HON. GERSHWIN A. DRAIN
                              United States District Court Judge

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, September 17, 2019, by electronic and/or ordinary mail.

s/Teresa McGovern
Case Manager