UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DENNIS R. OTT,

    Defendant.

_____/

Case No. 18-cv-12174

U.S. DISTRICT COURT JUDGE
GERSHWIN A. DRAIN

## **AMENDED JUDGMENT**

Pursuant to the Order entered on February 26, 2020, judgment is hereby entered in favor of the Plaintiff, United States of America, and against the Defendant, Dennis R. Ott, in the sum of $1,228,812.31. This total includes the FBAR penalty assessment of $988,245.00, plus a late-payment penalty of $207,775.13 and pre-judgment interest of $34,629.19. These amounts are calculated to the date of the original judgment entered in this case, February 26, 2020, and reduced by a prior payment of $1,837. Post-judgment interest, as provided by 28 U.S.C. § 1961(a), and late payment penalties, as provided by 31 U.S.C. § 3717(e)(2) and 31 C.F.R. § 5.5(a) and 901.9, shall continue to accrue from and after February 26, 2020 and until the judgment is paid in full.

    **IT IS SO ORDERED.**

Dated: April 7, 2020

/s/Gershwin A. Drain
GERSHWIN A. DRAIN
United States District Judge

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
April 7, 2020, by electronic and/or ordinary mail.
/s/ Teresa McGovern
Deputy Clerk